# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **CHRISTOPHER ADAMS,** | : | CASE NO: 1:24-cv-00711-MWM |
| **Plaintiff,** | : | JUDGE: Matthew W. McFarland |
| vs. | : | |
| | : | NOTICE OF SETTLEMENT |
| **MCSB MOVING SERVICES, LLC, D/B/A, YOU MOVE ME,** *et. al*. | : | |
| **Defendants.** | : | |

PLEASE TAKE NOTICE that the parties have reached a settlement in principle to this matter. The parties are in the process of reducing the settlement to writing. After the matter is reduced to writing, the parties shall file a Motion for Settlement Approval with the Court.

The Motion will be filed no later than forty-five (45) days from this Notice.

Respectfully submitted,

**STOKAR LAW, LLC**

*/s/ Robb S. Stokar*
Robb S. Stokar (OH-0091330)
9200 Montgomery Road
Building E – Unit 18B
Cincinnati, Ohio 45242
Tel: 513-500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025 a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which shall send electronic notice to all counsel of record.

*/s/ Robb S. Stokar*
Robb S. Stokar (OH-0091330)
